# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2253 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 34 DB 2016 |
| v. | : | |
| | : | Attorney Registration No. 38867 |
| STEVEN M. CORMIER | : | |
| Respondent | : | (Carbon County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of March, 2016, upon consideration of the Verified Statement of Resignation, Steven M. Cormier is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).

Justice Eakin did not participate in the consideration or decision of this matter.